UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - X
                                :
UNITED STATES OF AMERICA        :      INDICTMENT
                                :
        - v. -                  :      22 Cr.
                                :
CHRISTOPHER DOZIER,             :
                                :
        Defendant.              :      22 CRIM 601
                                :
- - - - - - - - - - - - - - - - X

## COUNT ONE

### (Carjacking)

The Grand Jury charges:

1.   On or about July 5, 2021, in the Southern District of New York and elsewhere, CHRISTOPHER DOZIER, the defendant, knowingly did take a motor vehicle that had been transported, shipped, and received in interstate and foreign commerce from the person and presence of another by force, violence, and intimidation, with the intent to cause death and serious bodily harm, to wit, DOZIER committed an armed carjacking in Manhattan, New York.

(Title 18, United States Code, Sections 2119(1) and 2.)

## COUNT TWO

### (Carjacking)

The Grand Jury further charges:

2.   On or about July 16, 2021, in the Southern District of New York and elsewhere, CHRISTOPHER DOZIER, the defendant,

knowingly did take a motor vehicle that had been transported, shipped, and received in interstate and foreign commerce from the person and presence of another by force, violence, and intimidation, with the intent to cause death and serious bodily harm, to wit, DOZIER committed an armed carjacking in the Bronx, New York.

(Title 18, United States Code, Sections 2119(1) and 2.)

## COUNT THREE

### (Firearms Offense)

The Grand Jury further charges:

3.    On or about July 5, 2021, in the Southern District of New York and elsewhere, CHRISTOPHER DOZIER, the defendant, during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, namely, the carjacking offense charged in Count One of this Indictment, knowingly did use and carry a firearm, and, in furtherance of such a crime, did possess a firearm, which was brandished, during the carjacking charged in Count One of this Indictment.

(Title 18, United States Code, Sections 924(c)(1)(A)(i), (ii) and 2.)

## COUNT FOUR

### (Firearms Offense)

The Grand Jury further charges:

4.    On or about July 16, 2021, in the Southern District of New York and elsewhere, CHRISTOPHER DOZIER, the defendant, during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, namely, the carjacking offense charged in Count Two of this Indictment, knowingly did use and carry a firearm, and, in furtherance of such a crime, did possess a firearm, which was brandished, during the carjacking charged in Count Two of this Indictment.

(Title 18, United States Code, Sections 924(c)(1)(A)(i), (ii) and 2.)

### FORFEITURE ALLEGATION

5.    As a result of committing the carjacking offenses alleged in Counts One and Two of this Indictment, CHRISTOPHER DOZIER, the defendant, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 982(a)(5), any and all property, real and personal, which represents or is traceable to the gross proceeds obtained, directly or indirectly, as a result of said offenses, including but not limited to a sum of money in United States currency representing the amount of proceeds traceable to the commission of said offenses.

6.    As a result of committing the firearms offenses alleged in Counts Three and Four of this Indictment, CHRISTOPHER DOZIER, the defendant, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), any and all firearms and ammunition involved in or used in said offenses, including but not limited to: one Springfield 9mm semi-automatic handgun, with serial number BY561590, recovered during the August 14, 2021 arrest of DOZIER.

## Substitute Assets Provision

7.    If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third person;

    c.    has been placed beyond the jurisdiction of the Court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p) and Title 28, United States Code,

Section 2461(c), to seek forfeiture of any other property of the

defendant up to the value of the above forfeitable property.

(Title 18, United States Code, Section 924;
Title 18, United States Code, Section 982;
Title 21, United States Code, Section 853; and
Title 28, United States Code, Section 2461.)


_____
FOREPERSON

_____
DAMIAN WILLIAMS
United States Attorney

5

Form No. USA-33s-274 (Ed. 9-25-58)

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

### UNITED STATES OF AMERICA

v.

### CHRISTOPHER DOZIER,

Defendant.

### INDICTMENT

22 Cr. _____

(18 U.S.C. §§ 2119, 924, and 2.)

DAMIAN WILLIAMS
United States Attorney

_Foreperson_

11/1/22 Indictment filed. Case assigned to
Judge Hellerstein. TMK

Barbara Moses
U.S.M.J.