UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x
UNITED STATES OF AMERICA :
:
: **SCHEDULING ORDER**
:
-against- :
: 22 Cr. 601 (AKH)
:
:
:
CHRISTOPHER DOZIER, :
:
Defendant. :
:
------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

      The conference scheduled for April 18, 2023, at 10:30 a.m. is adjourned to April 18, 2023, at 12:30 p.m.

      No later than April 13, 2023, at 12:00 p.m., the parties shall jointly submit to the court (via the email address HellersteinNYSDChambers@nysd.uscourts.gov) a list of all counsel expected to appear on the record, along with their contact information.

      Finally, time is excluded, in the interest of justice, until April 18, 2023.

SO ORDERED.

Dated:    April 10, 2023               /s/ Alvin K. Hellerstein
             New York, New York        ALVIN K. HELLERSTEIN
                                       United States District Judge