## Federal Defenders
### OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

May 23, 2023

*[Handwritten: The conference is adjourned, and time is excluded to June 14, 2023, at 2:30pm. So ordered. 5-24-2023 /s/ Alvin K. Hellerstein]*

**BY EMAIL**

The Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: **United States v. Christopher Dozier**
**22 Cr. 601 (AKH)**

Dear Judge Hellerstein:

I write, as counsel to Christopher Dozier, to respectfully request an adjournment of the status conference in the above-captioned matter currently scheduled for May 30, 2023. The government consents to this request.

Over the past several weeks, the parties have been actively engaged in plea negotiations and have reached an agreement in principle. Counsel are available the following dates/times for a change of plea hearing: Wednesday, June 14; Friday, June 16; Tuesday, June 20 after 11:30 am; Wednesday, June 21; Thursday, June 22; Friday, June 23; and Wednesday, June 28.

The government also requests, with the consent of the defense, that the Court exclude time through the next-scheduled conference under the Speedy Trial Act, to enable the parties to continue plea negotiations. *See* 18 U.S.C. § 3161(h)(7)(A).

Thank you for your consideration of this request.

Respectfully submitted,

/s/
Marne Lenox
Assistant Federal Defender
(212) 417-8721

**SO ORDERED.**

_____
THE HONORABLE ALVIN K. HELLERSTEIN
United States District Judge

cc:     Counsel of record