**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

August 30, 2023

The sentencing scheduled for September 28, 2023 is adjourned to November 8, 2023 at 12pm.

SO ORDERED

/s/ Alvin K. Hellerstein
U.S.D.J.
September 1, 2023

**BY EMAIL**

The Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   **United States v. Christopher Dozier**
      **22 Cr. 601 (AKH)**

Dear Judge Hellerstein:

I write with the consent of the government to request a 45-day adjournment of Christopher Dozier's sentencing, which is currently scheduled for September 28, 2023, and a corresponding extension of the sentencing submission deadlines. An adjournment is necessary to ensure the effective representation of Mr. Dozier at his sentencing. This is Mr. Dozier's first request for a sentencing adjournment.

Thank you for your consideration of this request.

Respectfully submitted,

/s/
Marne Lenox
Assistant Federal Defender
(212) 417-8721

SO ORDERED:

_____
**THE HONORABLE ALVIN K. HELLERSTEIN**
United States District Judge

cc:   Counsel of record